UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREAT AMERICAN LIFE INSURANCE
COMPANY,

    Plaintiff in Interpleader,

v.

STEPHEN MALETTE, et al.,

    Defendants in Interpleader

STEPHEN MALETTE, et al.,

    Counter/Cross-Plaintiffs,

v.

GREAT AMERICAN LIFE INSURANCE
COMPANY, et al.,

    Cross-Defendants.

_____/

Case No. 2:18-cv-202

HONORABLE PAUL L. MALONEY

## DEFAULT JUDGMENT

In accordance with the Order of Dismissal entered on this date:

**IT IS HEREBY ORDERED** that Default Judgment is entered against Defendant Michael J. Malette.

Dated:  December 1, 2022

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge